FILED
June 10, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>v.                                )<br>                                  )<br>JOEL CLARK,                       )<br>                                  )<br>            Defendant.            )  | Case No. 2:10-cr-193 EJG<br><br>ORDER OF RELEASE |

TO:    UNITED STATES MARSHAL:

This is to authorize the continuing release of __Joel Clark__ Case __2:10-cr-193 EJG__ subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    __ __    Bail Posted in the Sum of _____

    __ __    Unsecured bond in the amount of.

    __ __    Appearance Bond with 10% Deposit

    __ __    Appearance Bond secured by Real Property

    __ __    Corporate Surety Bail Bond

    __X__    (Other) __Pretrial Conditions/Supervision;__

Issued at __Sacramento, CA__ on __6/10/2010__ at __2:50 p.m.__

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge

## SPECIAL CONDITIONS OF RELEASE

RE: Clark, Joel
Doc. No. 2:10-CR-193-EJG

You shall remain at liberty on your own recognizance under Pretrial Services supervision with the following special amended conditions:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office; (stayed)

5. Your travel is restricted to the Central/Eastern Districts of California and the District of Nevada without the prior consent of the pretrial services officer;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case or file with the Clerk of Court a declaration of lost passport;

9. You shall not associate or have any contact with the co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours.

**Dated: June 10, 2010**