```
Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Joel David Clark
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Joel David Clark,<br><br>            Defendant | ) Case No. CRS 10-193 EJG<br>) WAIVER OF PERSONAL APPEARANCE<br>) (AMENDED)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    The undersigned defendant, Joel David Clark, hereby waives the right to be present in person in open court, including when the case is ordered set for trial and when a continuance is ordered.

    Defendant understands that he is required to appear at any pretrial motion hearings, the trial readiness conference, and trial itself, including motions in limine and jury selection.

    The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and hereby agrees that his interests will be deemed represented at all times by the presence of his

1

attorney the same as if the defendant himself were personally present in court, and further agrees to be present at any time it is ordered by the court.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

DATED: August 26, 2010        /s/ Joel David Clark[1], Defendant

I concur in Mr. Clark's decision to waive his presence at future proceedings.

DATED: August 26, 2010        /s/ Tim Warriner, Attorney for
                              Defendant, Joel David Clark

IT IS SO ORDERED.

DATED: August 26, 2010        _/s/_____
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.